

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00144-CV

Michelin North America, Inc.
v.
Lizeth Villa Castro, et al.

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Cause No. C-1075-17-J

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Michelin North America, Inc.

We further order this decision certified below for observance.

May 17, 2018